UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

JOSHUA HOLDSWORTH,                                                          **DECISION**
                                        Plaintiff,                                **and**
        v.                                                                          **ORDER**

UNITED STATES OF AMERICA,                                          **11-CV-889A(F)**
L&D JOHNSON PLUMBING & HEATING, INC.,
a/k/a U.S. Veterans Constructions & Management Corp.,

                                        Defendants.

_____

APPEARANCES:                HOGANWILLIG
                            Attorneys for Plaintiff
                            TERESA A. BAILEY, of Counsel
                            2410 North Forest Road, Suite 301
                            Getzville, New York    14068

                            WILLIAM J. HOCHUL, JR.
                            UNITED STATES ATTORNEY
                            Attorney for Defendant United States
                            GAIL Y. MITCHELL,
                            Assistant United States Attorney, of Counsel
                            Federal Centre
                            138 Delaware Avenue
                            Buffalo, New York   14202

                            BARTH, SULLIVAN & BEHR
                            Attorneys for Defendant L&D Johnson Plumbing
                            LAURENCE D. BEHR, of Counsel
                            43 Court Street, Suite 600
                            Buffalo, New York   14202

        In this Federal Tort Claims Act action, Defendant, United States of America,

("Defendant") moved to dismiss based on a lack of subject matter jurisdiction, pursuant

to Fed.R.Civ.P. 12(b)(1) ("Defendant's motion") (Doc. No. 14).  By papers filed April 10,

2012, Defendant asserts that it is immune from liability based on the discretion any

function exception to the FTCP and that Plaintiff's action against it is also barred under

the Independent Contractor Doctrine (Doc. No. 22 ¶ ¶ 36-37).  In opposition, Plaintiff

contends he is unable to oppose Defendant's motion without adequate discovery.  Co-

Defendant, L&D Johnson Plumbing & Heating, Inc. ("Co-Defendant L&D") also opposes

Defendant's motion on the merits and alternatively requests discovery directed to the

two grounds asserted in support of Defendant's motion (Doc. No. 23 at 18).  Upon

review of the Defendant's motion papers, the opposition of Plaintiff and Co-Defendant

L&D, the court finds that discovery limited to Defendant's assertion of the discretionary

function exception and independent contractor doctrine as grounds for Defendant's

motion is warranted.  *See Gualandi v. Adams*, 385 F.3d 236, 244 (2d Cir. 2004) (citing

*Kamen v. American Telephone & Telegraph Co.*, 791 F.2d 1006, 1011 (2d Cir. 1986)

("party asserting jurisdiction [ ] permitted discovery of facts demonstrating jurisdiction")).

Such limited discovery may proceed for a **90-day period** commencing upon service of

this Decision and Order.  Defendant's motion (Doc. No. 14) is therefore DISMISSED

without prejudice to refiling within 30 days following the end of the 90-day discovery

period.  An order scheduling Plaintiff's and Co-Defendant L&D's further responses and

Defendant's reply will be entered by the court following the expected re-filing of

Defendant's motion which shall include consideration of the results of the limited

discovery permitted hereunder.

SO ORDERED.

/s/ *Leslie G. Foschio*

_____
     LESLIE G. FOSCHIO
UNITED STATES MAGISTRATE JUDGE

Dated: September 27, 2012
          Buffalo, New York